**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

**Civil Action No. 16-cv-00054-MSK**

**SCOTT NEAL, and
MICHELLE NEAL,**

     Plaintiffs,

v.

**IDS PROPERTY CASUALTY INSURANCE COMPANY,**

     Defendant.

---

**ORDER SETTING RULE 16 HEARING**

---

**THIS MATTER** comes before the Court upon a Notice of Removal filed by the Defendant. In light thereof, the Court finds that a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1) A hearing is set for **April 4, 2016**, at **9:00 a.m**. in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2) Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:

- Whether there are any disputed issues with regard to the construction and interpretation of the insurance policy. If so, whether bifurcation is appropriate to determine those issues.
- Whether discovery is necessary with regard to contract interpretation.
- The stipulated facts that would bear upon the Court's interpretation of the contract.
- If causation is the primary dispute, what discovery will be necessary to resolve the dispute and whether there are stipulated facts related to that issue.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

2

**This is not a scheduling conference.  Please do not submit a proposed scheduling order.**  This hearing does not substitute for a scheduling conference before the Magistrate Judge.

Dated this 11th day of January, 2016.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
Chief United States District Judge